UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JEAN THOMAS AMMONS HARRIS, AMMONS AND HARRIS FAMILIES', FOUNDER SO, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00212-JRS-TAB |
| | ) | |
| TIPPECANOE COUNTY, SHERIFF'S DEPTS., | ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**Final Judgment**

In accordance with the Order issued this day, this case is dismissed without prejudice. This is a final judgment under Federal Rule of Civil Procedure 58. This case is closed.

Date: 02/17/2023

_____

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_

Deputy Clerk, U.S. District Court

Distribution:

JEAN T. AMMONS HARRIS
5651 Rawles Avenue
Indianapolis, IN 46219